IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| TYRE T. WATKINS, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:10-cv-0376-TMH |
| | )            WO |
| MS. HAYES, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #11) to the Recommendation of the Magistrate Judge filed on June 21, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #10) filed on June 1, 2010 is adopted;

3. Plaintiff's complaint challenging events which occurred on December 1, 2005 and June 29, 2007 is DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) as plaintiff failed to file the complaint with regard to these allegations within the time prescribed by the applicable period of limitations.

4. The complaint is DISMISSED prior to service of process.

DONE this the 21st day of September, 2010.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE